**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:   SK Plymouth, LLC and SK E&P Operations America, LLC and Joey Jun v. Jean Elizabeth Simmons

Appellate case number:   01-19-00433-CV

Trial court case number:   2019-03233

Trial court:   189th District Court of Harris County

Appellants are appealing the trial court's May 16, 2019 order denying their motion to compel arbitration. Appellants also appeal the trial court's July 22, 2019 order denying their motion for reconsideration that was filed sometime after June 10, 2019. Before filing a notice of appeal from the motion to reconsider, appellants' brief was due. The Court granted a 30-day extension of time to file the brief and then granted a second extension until September 6, 2019.

Appellants now advise the Court that a reporter's record was taken of the hearing on appellants' motion to reconsider, which has not yet been filed, and which appellants claim is needed for preparing their brief. Appellants ask for emergency relief requiring the court reporter to file the reporter's record from the hearing on the motion to reconsider. Appellee opposes this motion.

On August 20, 2019, the Court issued an order, noting that appellants' notice of appeal from the May 16 order was not timely filed, and requested a motion for extension of time explaining the delay in filing the notice of appeal. That response is **due by August 30, 2019, or the appeal may be dismissed**.

If the record is not complete, appellants' brief is not yet due. *See* TEX. R. APP. P. 38.6(a). Accordingly, the Court orders the court reporter to file the reporter's record from the hearing for the motion to reconsider **within 10 days of the date of this order**. *See* TEX. R. APP. P. 35.1(b). Appellants' brief will be due **20 days after the reporter's record has been filed**. *See* TEX. R. APP. P. 38.6(a).

Despite the portion of this order requiring the filing of the reporter's record and appellants' brief, the appeal **may be dismissed without further notice if appellants fail to comply with this Court's August 20, 2019 order**. With this proviso, the motion for emergency relief is granted as set out in this order.

It is so ORDERED.

Judge's signature:   ___Justice Richard Hightower_____
                          ☑ Acting individually     ☐ Acting for the Court


Date:   __August 26, 2019_____